ERIC GRANT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

**Mar 11, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF SEVENTEEN DOMAINS: ATABLE.CC, CLEANDONE.CC, DZERO.CC, FPRIDE.CC, LUPS.CC, REGUL.CC, UTCP.CC, VDEM.CC, ZEROBACK.CC, ZEROPHONE.CC, ZORC.CC, SEPROXYSOFT.COM, SOCKSESCORT.COM, SOCKSESCORT.NET, SUPER-SOCKS.COM, BITSIDY.NET, BITSIDY.COM | [~~PROPOSED~~] ORDER TO UNSEAL SEIZURE AFFIDAVIT<br><br>2:26-SW-0171 CSK |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the above-captioned matter be, and is, hereby ordered unsealed, that the affidavit in support of the seizure warrant be unsealed, and that the remainder of the documents associated with the seizure warrant remain sealed.

Dated:     March 11, 2026

The Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER TO UNSEAL SEIZURE WARRANT
AFFIDAVIT